WILLIAM TEGNER, Respondent, *v.* MARIA ANNA HERTER, Appellant.

*Tegner* v. *Herter*, 73 App. Div. 622, affirmed.
(Argued May 8, 1903; decided May 22, 1903.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered July 1, 1902, affirming a judgment in favor of plaintiff entered upon the report of a referee.

*Henry W. Eaton* and *Frank M. Avery* for appellant.

*Percival S. Menken* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: PARKER, Ch. J., GRAY, O'BRIEN, BARTLETT, HAIGHT, MARTIN and VANN, JJ.

---

CHARLES A. McCREDY, Respondent, *v.* DANIEL WOODCOCK, as Attorney for GRANVILLE F. DAILEY et al., Appellant.

*McCredy* v. *Woodcock*, 72 App. Div. 620, affirmed.
(Argued May 8, 1903; decided May 22, 1903.)

APPEAL from a judgment entered June 27, 1902, upon an order of the Appellate Division of the Supreme Court in the first judicial department overruling defendant's exceptions ordered to be heard in the first instance by the Appellate Division and directing judgment for the plaintiff upon the verdict.

*Percival S. Menken* for appellant.

*Frederic R. Coudert, Jr.*, and *John P. Murray* for respondent.

Judgment affirmed, with costs, on authority of *Hatch* v. *Central Nat. Bank* (78 N. Y. 487); no opinion.
Concur: PARKER, Ch. J., GRAY, O'BRIEN, BARTLETT, HAIGHT, MARTIN and VANN, JJ.